Commonwealth *v.* Hargrove, Appellant.

Submitted November 13, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Willie Hargrove,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 3, 1968:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.